THE STATE OF KANSAS V. FRANK BAKER.

CRIMINAL CASE—*Appeal—Insufficient Certificate.* Unless the certificate attached to a record in a criminal case shows that such record contains a true and complete transcript of all the proceedings had in the case in the district court, the appeal will be dismissed.

*Appeal from Labette District Court.*

BAKER, having been convicted on a criminal charge, appeals.

*J. H. Morrison*, for appellant.

*F. B. Dawes*, attorney general, for The State.

*Per Curiam:* There is nothing filed in this case calling for consideration. The clerk of the district court of Labette county certifies to a bill of exceptions in the case, but no duly-authenticated transcript is filed. The appeal must therefore be dismissed. (*The State v. Fink*, 49 Kas. 577, and cases therein cited.)